UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

REGINALD E. HARRIS

VERSUS   CIVIL ACTION NO.: 08-614-JVP-SCR

STAFF SGT. JAMES JOINER,
ET AL

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated December 14, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, the plaintiff's claims against defendants Three Unknown Baton Rouge City Police Officers, Baton Rouge City Police Department, and United States Army National Guard shall be **DISMISSED** for failure to serve the defendants pursuant to Rule 4(m). Further, the plaintiff's claims against defendants James Joiner and the City of Baton Rouge shall be **DISMISSED** for failure to prosecute pursuant to Local Rule 41.3M.

Baton Rouge, Louisiana, January 6th, 2010.

JAMES J. BRADY, JUDGE
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA