UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



REGINALD E. HARRIS

VERSUS          CIVIL ACTION NO.: 08-614-JVP-SCR

STAFF SGT. JAMES JOINER,
ET AL

## JUDGMENT

For written reasons assigned and filed herein;

**IT IS ORDERED** that judgment is hereby entered in favor of defendants, Three Unknown Baton Rouge City Police Officers, Baton Rouge City Police Department, United States Army National Guard, James Joiner, and the City of Baton Rouge, and against the plaintiff, Reginald E. Harris, and this action is hereby **DISMISSED**.

Baton Rouge, Louisiana, January 6th, 2010.

JAMES J. BRADY, JUDGE
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA